IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COOPER LIGHTING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CREE, INC. and RUUD LIGHTING, INC.,<br><br>    Defendants. | Civil Action No. 12-CV-03149<br><br>Judge Charles A. Pannell, Jr. |

## JOINT STATUS REPORT

On July 2, 2013, pursuant to the parties' joint motion (Joint Mot. to Vacate All Deadlines and Stay Proceedings, Dkt. No. 42), this Court vacated all deadlines and stayed these proceedings in order to allow the parties to engage in settlement discussions.  Order, Dkt. No. 32.  In its joint motion, the parties represented that they would report back to the Court in no more than ninety (90) days.  Pursuant to that representation, Plaintiff, Cooper Lighting, LLC, by and through its attorneys, and Defendants Cree, Inc. and Ruud Lighting, Inc., by and through their attorneys, hereby inform the Court that the parties are continuing to draft formal settlement documentation and will report back to the Court within thirty (30) days.

September 30, 2013

- 1 -

Respectfully Submitted,

| | |
|---|---|
| /s/ *Alexandra Dishun* | /s/ *Christopher G. Hanewicz* |
| Counsel for Plaintiff | Counsel for Defendants |
| Alexandra Dishun | Linda A. Klein |
| adishun@lockelord.com | lklein@bakerdonelson.com |
| LOCKE LORD LLP | Robert G. Brazier |
| Terminus 200, Suite 1200 | rbrazier@bakerdonelson.com |
| 3333 Piedmont Road NE | BAKER, DONELSON, BEARMAN, |
| Atlanta, GA 30305 | CALDWELL & BERKOWITZ, P.C. |
| Telephone: 404.870.4605 | Monarch Plaza, Suite 1600 |
| Facsimile: 404.806.5678 | 3414 Peachtree Road N.E. |
| | Atlanta, GA 30326 |
| | Telephone: 404.577.6000 |
| | Facsimile: 404.221.6501 |
| | |
| | John S. Skilton |
| | JSkilton@perkinscoie.com |
| | Christopher G. Hanewicz |
| | CHanewicz@perkinscoie.com |
| | PERKINS COIE LLP |
| | One East Main Street, Suite 201 |
| | Madison, WI 53703-5118 |
| | Telephone: 608.663.7460 |
| | Facsimile: 608.663.7499 |

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COOPER LIGHTING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CREE, INC. and RUUD LIGHTING, INC.,<br><br>    Defendants. | Civil Action No. 1:12-cv-03149-CAP |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of September, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

    Alexandra M. Dishun
    adishun@lockelord.com
    Locke Lord LLP
    Terminus 200, Suite 1200
    3333 Piedmont Road, NE
    Atlanta, GA 30305

- 3 -

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>Brent Benoit
>Craig Weinstock
>Matthew Reeves
>Locke Lord LLP
>2800 JP Morgan Chase Tower
>600 Travis Street
>Houston, TX 77002

                                        /s/ *Christopher G. Hanewicz*
                                        Christopher G. Hanewicz

78456-0001/LEGAL27984619.1